SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CALON RUSSELL, OR Bar No. 094910
crussell@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  415.774.3159
Facsimile:  415.434.3947

JAY T. RAMSEY, *admitted pro hac vice*
jramsey@sheppardmullin.com
1901 Avenue of the Stars
Suite 1600
Los Angeles, California 90067
Telephone:    310.228.3700
Facsimile:     310.228.3701

*Attorneys for Defendants*
COMPASS WASHINGTON, LLC,
COMPASS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

[PORTLAND DIVISION]

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>COMPASS WASHINGTON, LLC and COMPASS, INC.,<br><br>       Defendants. | Case No. 3:25-cv-01039-SB<br><br>*Hon. Stacie F. Beckerman*<br><br>**DEFENDANTS COMPASS WASHINGTON, LLC AND COMPASS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Compass Washington, LLC and Compass, Inc. ("Defendants"), by and through undersigned counsel, hereby submit the following Disclosure Statement:

1. Compass, Inc. is a publicly traded company;

2. Compass, Inc. has no parent company; and

3. No publicly traded corporation owns 10% or more of Compass, Inc.'s stock.

4. Pursuant to Local Rule 7.1-1, Defendant Compass Washington, LLC—which is a wholly owned subsidiary of Compass Brokerage, LLC, which is a wholly owned subsidiary of Compass, Inc.—further discloses that its members are citizens of the following states: Delaware and New York.

Dated: August 20, 2025

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ Jay T. Ramsey
CALON RUSSELL, OR Bar No. 094910
crussell@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 415.774.3159
Facsimile: 415.434.3947

JAY T. RAMSEY, *admitted pro hac vice*
jramsey@sheppardmullin.com
1901 Avenue of the Stars
Suite 1600
Los Angeles, California 90067
Telephone: 310.228.3700
Facsimile: 310.228.3701

*Attorneys for Defendants*
COMPASS WASHINGTON, LLC,
COMPASS, INC.

## **CERTIFICATE OF SERVICE**

I, Jay T. Ramsey, hereby certify that on this 19th day of August, 2025, a copy of the foregoing **DEFENDANTS COMPASS WASHINGTON, LLC AND COMPASS, INC.'S CORPORATE DISCLOSURE STATEMENT** was served via the ECF system, on all counsel of record.

*/s/ Jay T. Ramsey*
Jay T. Ramsey