# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| **JESSICA MURCH, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**Compass Washington, LLC, Compass, Inc., Rachel Olson, and Ansel Sanger**<br><br>*Defendant* | Civil Action No. 3:25-cv-01039-SB |

## AFFIDAVIT OF SERVICE

I, Minotchka Smith, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Ansel Sanger in King County, WA on February 20, 2026 at 8:17 am at 9025 5th Ave NE, Seattle, WA 98115-2954 by personal service by handing the following documents to an individual identified as Ansel Sanger.

SUMMONS IN A CIVIL ACTION
Race: White, Sex: Male, Est. Age: 35-44, Hair: Auburn, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=47.69488,-122.32315
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Snohomish County   ,

   WA    on    2/20/2026   .

/s/ *Minotchka Smith*

Signature
Minotchka Smith
+1 (425) 623-3262



Exhibit 1a)