# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| **JESSICA MURCH, individually and on behalf of all others similarly situated,** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**Compass Washington, LLC, Compass, Inc., Rachel Olson, and Ansel Sanger** )<br>)<br>*Defendant* | Civil Action No. 3:25-cv-01039-SB |

## AFFIDAVIT OF SERVICE

I, Sarah Beard, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Rachel Olson in King County, WA on February 23, 2026 at 6:09 pm at 9506 NE Points Dr, Kirkland, WA 98033-7876 by personal service by handing the following documents to an individual identified as Rachel Olson.

SUMMONS IN A CIVIL ACTION and FIRST AMENDED
CLASS ACTION COMPLAINT
TCPA (47 U.S.C. § 227)
DEMAND FOR JURY TRIAL
Race: White, Sex: Female, Est. Age: 35-44, Hair: Blonde, Glasses: N, Est. Weight: 220 lbs to 240 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=47.6424616667,-122.21263
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in     King County              ,    WA    on   2/24/2026      . | /s/ *Sarah Beard* <br> _____ <br> Signature <br> Sarah Beard <br> +1 (916) 335-5533 |



Exhibit 1a)



Exhibit 1b)