Craig G. Russillo, OSB #973875
Email: crussillo@schwabe.com
Kirsten Rasmussen, OSB #255909
Email: krasmussen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant, Rachel Olson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JESSICA MURCH, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**COMPASS WASHINGTON, LLC, COMPASS, INC., RACHEL OLSON and ANSEL SANGER,**<br><br>Defendants | No. 3:25-cv-01039-SB<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Kirsten Rasmussen of Schwabe, Williamson & Wyatt, P.C. hereby enters an appearance as counsel of record for defendant Rachel Olson in the above action, and is appearing to participate in the case and to receive electronic notice of filings.

Page 1 -   NOTICE OF APPEARANCE

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

PDX\145614\296490\50129500.v1-2/25/26

Dated this 25th day of February, 2026.

                                  Respectfully submitted,

                                  SCHWABE, WILLIAMSON & WYATT, P.C.

                              By:   <u>s/ Craig G. Russillo</u>
                                    Craig G. Russillo, OSB #973875
                                    Kirsten Rasmussen, OSB #255909

                                    Attorneys for Defendant, Rachel Olson

Page 2 -    NOTICE OF APPEARANCE

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

PDX\145614\296490\50129500.v1-2/25/26

## CERTIFICATE OF SERVICE

I hereby certify that on 25th day of February, 2026, I served the following NOTICE OF APPEARANCE on:

**By ECF Notice**
Andrew Roman Perrong
Attorney for Plaintiff

DATED this 25th day of February, 2026.

s/ Craig G. Russillo
Craig G. Russillo, OSB #97387

Page 1 -    CERTIFICATE OF SERVICE

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

PDX\145614\296490\50129500.v1-2/25/26