IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS WASHINTON, LLC;<br>COMPASS, INC.;<br>RACHEL OLSON; and<br>ANSEL SANGER<br><br>*Defendants.* | Case No. 3:25-cv-01039-SB |

DEFENDANT ANSEL SANGER'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendant Ansel Sanger ("Defendant"), under Federal Rule of Civil Procedure 6(b) and Local Rule 16-3, hereby moves the Court for a 30-day extension of time—through April 13, 2026—to answer or otherwise plead in response to Plaintiff's First Amended Class Action Complaint (the "Amended Complaint"). Defendant states as follows in support:

1. Plaintiff filed the Amended Complaint on Feburary 19, 2026. ECF No. 25.

2. Defendant was served with the Amended Complaint on Feburary 20, 2026, and its responsive pleading deadline is March 13, 2026. Fed. R. Civ. P. 12(a)(1)(A).

3. Since being served with the Amended Complaint, Defendant Sanger

retained a law firm, which is working diligently to investigate the allegations in the Amended Complaint, obtain the information necessary to respond to those allegations (some of which require contacting third parties and awaiting their responses), and prepare the appropriate responsive pleading. However, Defendant and its counsel need more time to complete the investigative process and draft a response.

4. This is Defendant's first request for an extension, and no prejudice will result from granting Defendant's request.

5. This request is made for good cause and not for delay.

6. Rule 6(b) of the Federal Rules of Civil Procedure vests this Court with the discretion to grant this extension. Fed. R. Civ. P. 6(b).

7. A proposed order is filed concurrently with this motion.

8. Defendant has conferred with Plaintiff, and Plaintiff does not object to the relief requested.

Accordingly, Defendant respectfully requests that the Court grant this Motion and allow it until April 13, 2026, to answer, move, or otherwise respond to the complaint.

[*signatures on following page*]

Submitted March 12, 2026.

/s/ *Ryan D. Watstein*
Ryan D. Watstein (*pro hac vice* forthcoming)
Patrick Fitgerald (*pro hac vice* forthcoming)
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Tel: (404) 782-0695
ryan@wtlaw.com
pfitzgerlad@wtlaw.com

*Attorneys for Defendant Ansel Sanger*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2026, I caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.[1]

                                                       /s/ *Jay T. Ramsey*
                                                       Jay T. Ramsey

---

[1] Sheppard, Mullin, Richter & Hampton LLP ("SMRH") is filing the instant Unopposed Motion on behalf of Ryan D. Watstein of Watstein Terepka LLP, while it awaits retention of local counsel. SMRH is doing this as a professional courtesy and does not represent Defendant Ansel Sanger in the instant action.