IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS WASHINTON, LLC,<br>COMPASS, INC.<br>RACHEL OLSON, and<br>ANSEL SANGER<br><br>*Defendants.* | Case No. 3:25-cv-01039-SB |

**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

Having considered Defendant Ansel Sanger's ("Defendant") unopposed motion for extension of time to respond to Plaintiff's Class Action Amended Complaint, and for good cause shown, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant shall have until April 13, 2026, to answer or otherwise respond to the Complaint.

**SO ORDERED** this _____ day of March 2026.

_____
HON. STACIE F. BECKERMAN
UNITED STATES MAGISTRATE JUDGE