Craig G. Russillo, OSB #973875
Email: crussillo@schwabe.com
Kirsten Rasmussen, OSB #255909
Email: krasmussen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant, Rachel Olson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JESSICA MURCH, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**COMPASS WASHINGTON, LLC, COMPASS, INC., RACHEL OLSON and ANSEL SANGER,**<br><br>Defendants. | Case No. 3:25-cv-01039-SB<br><br>DEFENDANT RACHEL OLSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |

## LOCAL RULE 7-1 CERTIFICATION

Defendant Rachel Olson's ("Defendant") counsel certifies that he conferred with

Plaintiff's counsel and that Plaintiff's counsel does not oppose this motion.

Page 1 -   DEFENDANT RACHEL OLSON'S UNOPPOSED
           MOTION FOR EXTENSION OF TIME TO RESPOND TO
           AMENDED COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50309004.v1

## MOTION

Under Fed. R. Civ. P. 6(b)(1)(A), Defendant, by and through the undersigned counsel, moves to extend the deadline for her to file her answer or otherwise respond to Plaintiff's First Amended Class Action Complaint four weeks, from the current due date of March 16, 2026, to April 13, 2026. The extension of time is requested to provide Defendant and her counsel time to gather information needed to respond to Plaintiff's First Amended Class Action Complaint.

Consistent with LR 16-3, this unopposed motion is made in good faith, and not for purposes of delay. The dates set forth above are appropriate and necessary, will not affect other dates already set for this case, and the stated modifications will not prejudice the parties and are not requested to delay these proceedings.

Dated this 13th day of March, 2026.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.


By:   s/ Craig G. Russillo
      Craig G. Russillo, OSB #973875
      Kirsten Rasmussen, OSB #255909

      Attorneys for Defendant, Rachel Olson

Page 2 -   DEFENDANT RACHEL OLSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50309004.v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2026, I served the following DEFENDANT RACHEL OLSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT on:

| | |
|---|---|
| Andrew Roman Perrong<br>a@perronglaw.com<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>215-222-5529<br><br>Attorney for Plaintiff | ☐ Hand Delivery<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Overnight Courier<br>☒ **ECF Notices**<br>☐ Other (specify) _____ |

DATED this 13th day of March, 2026.

s/ Craig G. Russillo
Craig G. Russillo, OSB #97387

Page 1 -   CERTIFICATE OF SERVICE

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50309004.v1