TADJEDIN THOMAS & ENGBLOOM LAW GROUP LLP

JULIE ENGBLOOM, OSB No. 066988
VERA WARREN, OSB No. 194747
juliee@ttelawgroup.com
1211 NW Glisan Street, Suite 203
Portland, Oregon 9 7209
Telephone: 503-546-0675
**LEAD COUNSEL**

VERA WARREN, OSB No. 194747
veraw@ttelawgroup.com
1211 NW Glisan Street, Suite 203
Portland, Oregon 9 7209
Telephone: 503-894-9944

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

CALON NYE RUSSELL, OR Bar No. 094910
crussell@sheppardmullin.com
4 Embarcadero Ctr, Suite 1700
San Francisco, CA 94111
Telephone: 415-774-3159

JAY T. RAMSEY, *admitted pro hac vice*
jramsey@sheppardmullin.com
1901 Avenue of the Stars
Suite 1600
Los Angeles, California 90067
Telephone: 310.228.3700
Facsimile: 310.228.3701

*Attorneys for Defendants*
COMPASS WASHINGTON, LLC and
COMPASS, INCORPORATED

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS WASHINGTON, LLC, COMPASS, INC., RACHEL OLSON, and ANSEL SANGER,<br><br>Defendants. | Case No. 3:25-cv-01039-SB<br><br>*Hon. Stacie F. Beckerman*<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS COMPASS WASHINGTON LLC AND COMPASS INCORPORATED** |

TO: Clerk of the Court

AND TO: All Counsel of Record.

NOTICE OF APPEARANCE OF COUNSEL ON
BEHALF OF DEFENDANTS COMPASS
WASHINGTON LLC AND COMPASS
INCORPORATED                    -1-

TADJEDIN THOMAS & ENGBLOOM LAW GROUP LLP
1211 NW Glisan Street, Suite 203
Portland, Oregon 97209

PLEASE TAKE NOTICE that the undersigned Julie Engbloom and Vera Warren of Tadjedin Thomas & Engbloom Law Group, LLP, ("TTE Law Group") hereby appear as counsel for Defendants Compass Washington LLC and Compass, Inc. (collectively "Compass") in the above-entitled action. This appearance is made without waiving objections or defenses, including, but not limited to, venue, service, lack of jurisdiction, or statute of limitations. TTE Law Group is associating with Sheppard Mullin Richter & Hampton, LLP, in its representation of Compass.

This Notice of Appearance is effective immediately.

Dated this 19th of March, 2026        TADJEDIN THOMAS & ENGBLOOM LAW GROUP LLP

/s/ Julie Engbloom
Julie Engbloom, OSB No. 066988
Vera Warren, OSB No. 194747
1211 NW Glisan Street, Suite 203
Portland, OR 97209
Tel: 503-546-0675
juliee@ttelawgroup.com
veraw@ttelawgroup.com

*Attorneys for Compass Washington, LLC and Compass Incorporated*

NOTICE OF APPEARANCE OF COUNSEL ON
BEHALF OF DEFENDANTS COMPASS
WASHINGTON LLC AND COMPASS
INCORPORATED

-2-