TADJEDIN THOMAS & ENGBLOOM LAW
GROUP LLP


JULIE ENGBLOOM, OSB No. 066988
juliee@ttelawgroup.com
1211 NW Glisan Street, Suite 203
Portland, Oregon 97209
Telephone: 503-546-0675
**LEAD COUNSEL**


VERA WARREN, OSB No. 194747
veraw@ttelawgroup.com
1211 NW Glisan Street, Suite 203
Portland, Oregon 97209
Telephone: 503-894-9944


*Attorneys for Defendants*
COMPASS WASHINGTON, LLC and
COMPASS, INCORPORATED

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP


CALON NYE RUSSELL, OR Bar No. 094910
crussell@sheppardmullin.com
4 Embarcadero Ctr, Suite 1700
San Francisco, CA 94111
Telephone: 415-774-3159


JAY T. RAMSEY, *admitted pro hac vice*
jramsey@sheppardmullin.com
1901 Avenue of the Stars
Suite 1600
Los Angeles, California 90067
Telephone: 310-228-3700

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS WASHINGTON, LLC, COMPASS, INC., RACHEL OLSON, and ANSEL SANGER,<br><br>Defendants. | Case No. 3:25-cv-01039-SB<br><br>*Hon. Stacie F. Beckerman*<br><br>**DECLARATION OF JAY T. RAMSEY IN SUPPORT OF DEFENDANTS COMPASS WASHINGTON, LLC AND COMPASS, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Request for Oral Argument |

**DECLARATION OF JAY T. RAMSEY**

I, Jay T. Ramsey, declare as follows:

1.    I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendants Compass, Inc. and Compass Washington, LLC ("Compass"). If called as

a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2.  This Declaration is submitted in support of Compass's Motion to Dismiss Plaintiff's First Amended Class Action Complaint (the "Motion").

3.  On March 12, 2026, counsel for Compass met and conferred with counsel for Plaintiff regarding its forthcoming Motion.  The Parties were not able to resolve or narrow the issues as to Plaintiff's causes of action against Compass for violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(c)(2), *et seq*.

4.  Attached hereto as **Exhibit A** is a true and correct copy of the Independent Contractor Agreement between Rachel Olson and Compass, with financial provisions redacted.

5.  Attached hereto as **Exhibit B** is a true and correct excerpted copy of the Independent Contractor Agreement between Ansel Sanger and Compass, with financial provisions redacted.

6.  Attached hereto as **Exhibit C** is a true and correct excerpted copy of Compass's National Agent Manual, reflecting the provisions cited in the Motion.

7.  Attached hereto as **Exhibit D** is a true and correct excerpted copy of Compass's Washington Agent Manual, reflecting the provisions cited in the Motion.

8.  Attached hereto as **Exhibit E** is a true and correct excerpted copy of the Broker's Terms of Engagement, reflecting the provisions cited in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of March, 2026, at Century City, California

*/s/ Jay T. Ramsey*

Jay T. Ramsey

**DECLARATION OF JAY T. RAMSEY**                    -2-