# EXHIBIT A



# COMPASS

## AMENDED AND RESTATED INDEPENDENT CONTRACTOR AGREEMENT

### October 9, 2024

Beginning on the later of the date Agent's license is first associated with Broker (the "<u>Association Date</u>") or October 9, 2024 (such commencement date, the "<u>Start Date</u>"), Broker and Agent agree to the following "<u>Incentive(s)</u>" beginning and ending on the respective dates set forth herein.

1. **"<u>Agent Split</u>"**: ██████████████████████
   ██████████████████
   - ██ ████████████████████████████████████
   - ██ ████████████████████████████████████

2. **"<u>Resource Fee</u>"**: ████████████████████████████████████████
   ██ ████████████████████████████████████████████████
   ██ ████████████████████████████████████████████████

<u>Governing Principles:</u>

From the Start Date until the date this Amended and Restated Independent Contractor Agreement, as may be further amended, restated, modified, and supplemented from time to time (collectively, the "<u>ICA</u>") is terminated, the following principles apply to Agent's performance of real estate brokerage services:

- This ICA creates an independent contractor relationship for all purposes including, but not limited to, federal, state, and local laws regarding income taxation, withholding tax regulations, unemployment insurance, and/or workers' compensation, and does not create an employer-employee, joint venture, or partnership relationship. Incentives are based on Agent's output, not hours worked.

- Any Dispute under this ICA will be exclusively resolved by confidential, binding arbitration per <u>Broker's Terms of Engagement</u>.

- As used herein, "<u>Team</u>" refers to the unique grouping of one or more individuals, collectively performing Services on behalf of Broker, to which Agent is designated. A Team may be comprised of (i) Agent, if performing Services as a solo agent; or (ii) Agent and (a) other licensed actively commissions-producing agent(s) for whom Agent is described as "<u>Leader</u>" or "<u>Principal</u>" in their respective independent contractor agreements with Broker (each such agent, a "<u>Team Member</u>"), (b) any additional principal agent(s) of the Team who share(s) leadership over the Team with Agent (each principal of the Team, a "<u>Partner</u>," and collectively, "<u>Partners</u>"), and/or (c) other licensed or unlicensed, non-commissions producing individuals.

- Notwithstanding anything in this ICA to the contrary, this ICA (a) constitutes the final and entire agreement between the parties; (b) supersedes all prior agreements and understandings pertaining to the subject matter herein, including, without limitation, any prior Independent Contractor Agreement between Agent and Broker and any concurrent or subsequent amendments or addenda thereto (any and all such prior agreements, the "<u>Prior ICA</u>"), except to the extent that any terms and conditions of the Prior ICA are explicitly stated herein to be continuing; (c) may not be contradicted by evidence of prior, contemporaneous or subsequent oral agreements of the parties; and (d) this ICA shall automatically go into effect on the fifteenth day after initial receipt of this ICA via e-mail. Agent acknowledges that the terms of this ICA are Confidential Information and agrees to keep them in strict confidence. Agent further acknowledges and agrees that Broker may immediately rescind and/or recover any of the Incentives or Incentive Terms (except only Agent Split) offered to Agent under the ICA in the event of Agent's disclosure of any Confidential Information including, but not limited to, the contents of this ICA.

- Either party may terminate this ICA at any time for any or no reason. **Broker shall have no obligation to pay to Agent any Incentives under this ICA, other than commissions earned for transactions closed prior to Disassociation, following ICA termination.** This ICA may be executed in several counterparts and together constitute one instrument. Electronic signatures will be legal and binding. All capitalized terms not defined herein have the meanings assigned to them in <u>Broker's Terms of Engagement</u> (*such terms shall be deemed to be incorporated in this ICA*). Agent confirms that Agent is the signatory below and has signed as such, and that Agent has not in any way modified the terms of the ICA as signed by Broker, and Agent agrees that any modifications Agent has made to the ICA as signed by Broker shall be deemed void.

- This ICA shall not relieve or otherwise eliminate Agent's obligation to repay any incentives already received by Agent, pursuant to the Prior ICA, upon Agent's Disassociation. This provision shall survive termination of the ICA.

- Upon termination of the ICA, if by Broker for Cause (as set forth in <u>Broker's Terms of Engagement</u>) or as a result of Agent's voluntary disaffiliation, within 2 year(s) of Agent's Start Date, Agent agrees to repay Broker any Incentive(s) received by Agent pursuant to the ICA. For the avoidance of doubt, Agent Split, granted non-statutory stock option awards, and/or granted restricted stock unit awards shall not be considered a part of the Incentives for the purposes of this repayment obligation.

Agent agrees, effective as of the Start Date, (i) to the valuable consideration and the terms and conditions set forth herein; and (ii) to be bound by <u>Broker's Terms of Engagement</u>, which Agent has read and acknowledges may be updated from time-to-time in Broker's sole discretion, available at all times for review at <u>www.compassterms.com</u>.

# COMPASS

| **"Broker"** | Broker Address for Notices: | **"Agent"** | Agent Address for Notices: |
|---|---|---|---|
| Compass Washington, LLC d/b/a Compass | 90 Fifth Ave, 3rd Floor<br>New York, NY<br>10011<br>notices@compass.com | | |

Signed by:

*Rachel Olson*

FC0ADA7256D8491...

rachel@rachelolsonrealestate.com

Name: Rachel Olson

Date Signed: **10/17/2024**

Name: Cris Nelson

Title: Regional Vice President

Manager Acknowledgment:

Signed by:

1D56AEA7233240C...

PRINCIPAL_AGENT Rachel Olson

Page 2 of 2

# EXHIBIT B

## Governing Principles:

From the Start Date until the date this independent contractor agreement (the "ICA") is terminated, the following principles apply to Agent's performance of real estate brokerage services:

- This ICA creates an independent contractor relationship for all purposes including, but not limited to, federal, state and local laws regarding income taxation, withholding tax regulations, unemployment insurance and/or workers' compensation, and does not create an employer-employee, joint venture, or partnership relationship. Incentives are based on Agent's output, not hours worked.

- Any Dispute under this ICA will be exclusively resolved by confidential, binding arbitration per Broker's Terms of Engagement.

- Notwithstanding anything in this ICA to the contrary, (a) this ICA constitutes the entire agreement between the parties and (b) either party may terminate this ICA at any time for any or no reason. This ICA may be executed in several counterparts and together constitute one instrument. Electronic signatures will be legal and binding. All capitalized terms not defined herein have the meanings assigned to them in Broker's Terms of Engagement, available at www.compassterms.com (*which terms are deemed to be fully incorporated into this ICA*). Agent confirms that Agent is the signatory below and has signed as such, that Agent has not in any way modified the terms of the ICA as signed by Broker, and Agent agrees that any modifications Agent has made to the ICA as signed by Broker shall be deemed void. Agent acknowledges that the terms of this ICA are Confidential Information and agrees to keep them in strict confidence. Agent further acknowledges and agrees that Broker may immediately rescind and/or recover any of the Incentives or Incentive Terms (except only Agent Split) offered to Agent under the ICA in the event of Agent's disclosure of any Confidential Information including, but not limited to, the contents of this ICA.

- Upon termination of the ICA, if by Broker for Cause (as set forth in Broker's Terms of Engagement) or as a result of Agent's voluntary disaffiliation, within 1 year(s) of Agent's actual receipt of any Incentive(s) (other than Agent Split) pursuant to the ICA, Agent agrees to repay Broker such Incentive(s).

By executing this ICA, Agent agrees, effective as of the Start Date, to the valuable consideration, and the terms and conditions, set forth herein, and to be bound by Broker's Terms of Engagement, which Agent has read, and which are available at: www.compassterms.com.

| "Broker" | Broker Address for Notices: | "Agent" | Agent Address for Notices: |
|---|---|---|---|
| Compass Washington, LLC d/b/a Compass | 90 Fifth Ave, 3rd Floor<br>New York, NY<br>10011<br>notices@compass.com | | 9025 5th Ave NE<br>Seattle Wa 98115<br><br>ansel@sangerpnw.com |

Name: Jason Carroll

Title: Regional President

DocuSigned by:

Name: ANSEL SANGER

---

# EXHIBIT C



# National Agent Manual

*Working with Compass*

*Last Updated August 2025*

Similarly, if a potential buyer or renter makes a complaint regarding alleged discriminatory practices, neither Compass nor its Agents may retaliate against such individual for making such complaint.

It is also unlawful to engage or assist in discrimination on the basis of a prospective client's use of Section 8 vouchers or other forms of publicly-funded rental assistance ("Vouchers") as a source of income to pay for some or all of the monthly rent for a property. In this regard, it is prohibited to: (i) not submit a client's application for rental of a unit because they will use Vouchers; (ii) to inform a client that a landlord "does not accept Vouchers"; (iii) to publish any advertisement that states that the landlord "does not accept Vouchers"; (iv) advise a client that the landlord requires the Voucher to cover the entirety of the monthly rent (unless required by the Voucher program); (v) advise that the client's credit score will be considered if the client's Voucher and shelter allowance cover the entirety of monthly rent; (vi) advise the client that there are income requirements for the prospective unit; or (vii) engage in any other discriminatory behavior with respect to clients that use Vouchers.

Compass complies with all applicable federal, state and local laws pertaining to the use of Housing Choice Vouchers and other forms of publicly-funded rental assistance as a source of income. Every applicant and tenant, regardless of any applicable protected factors, shall be treated equally and with dignity and respect.

It is both a violation of applicable law and this Manual to engage in the above forms of discrimination.

## CAN-SPAM Act

The Federal Communications Commission (FCC) has adopted rules to protect consumers and businesses from unwanted electronic mail messages, including email and wireless devices such as mobile phones. Compass and Agent communications to clients are covered under the CAN-SPAM Act and all Agents must abide by CAN-SPAM rules. The regulation applies to "commercial electronic mail message(s)" defined as "any electronic mail message the primary purpose of which is the commercial advertisement or promotion of a commercial product or service, including listing advertisements and content on an Internet website operated for a commercial purpose." Not every email message from a business is deemed a commercial message under the CAN-SPAM Act. The regulation does not apply to transactional or relationship messages. For questions regarding CAN-SPAM Act commercial electronic mail message requirements and/or disclosures, please reach out to your Sales Manager.

## Do Not Call Registry/Do Not Contact

Agents are not permitted to call any person listed on the Federal Trade Commission's National Do Not Call Registry including any person with an expired listing or a person who is a "For Sale by Owner", unless you have had a business relationship with that person in the past 18 months or have written consent from them to call. Do Not Call restrictions do not apply to previous clients from the past 18 months, unless a client has requested not to be contacted by Agent or Compass. Agents who violate the National Do Not Call rules can be subject to significant fines. There are also state Do Not Call registries whose rules apply to real estate agents contacting those individuals by phone and which also have fines. You should not call or text anyone who is on your state Do Not Call registry or anyone who has requested not to be contacted by you or Compass, regardless of whether they are on the national or a state Do Not Call registry.

You should maintain, regularly update, and check the National, State and your own internal Do Not Call lists before reaching out to a prospect for the first time or an old client you haven't been in contact with for more than 18 months. The national Do Not Call Registry is updated every 31 days, so it is recommended that you check the updated list every month.

You can access the Do Not Call Registry online. As of January 2021, the first five area codes on the national registry are free to access, however this number is subject to change. Contact your Sales Manager if you are unsure whether your state has its own Do Not Call Registry or if you have any questions.

In addition, you should not contact (email, text, phone) anyone who has requested not to be contacted by you or Compass.

## Telephone Consumer Protection Act

Under the Telephone Consumer Protect Act (TCPA), Agents cannot make robocalls/texts or use autodialers to make a sales solicitation or pitch to an individual's residential phone line or cell phone unless the Agent has received express prior written consent from the person to make a robocall or robo-text or autodialer call. Written consent must specifically state that the individual agrees to receive robocalls/messages or autodialer calls from the Agent. Consent can be withdrawn at any time. For the purposes of this policy, autodialers are programs or other technology that can dial phone numbers without needing a person. Violation, even inadvertently, of the TCPA may arise in hefty fines. As of January 2021, fines are calculated per violation, which means each call or text message that is part of the robo or autodialer campaign that violates the TCPA may be included in the penalty calculation. Each violation can range from a fine of $500 to $1500.

Compass does not condone the use of autodialer calls or robocalls/text messages unless the recipient has provided written consent to the Agent. You should maintain a copy of the consent and any withdrawal of consent for your records. The TCPA also applies to any third parties engaged by an Agent, such as telemarketers, to make robocalls/texts or autodialer calls on your behalf. Agents can be liable for violation of the TCPA if telemarketers violate the TCPA while making calls or texts on the Agent's behalf.

The TCPA does not apply to autodialer calls or robo calls or text messages to businesses phone lines.

## Telemarketing Sales Rule

The Telemarketing Sales Rule ("TSR") applies to telemarketing sales calls to an individual to persuade them to purchase goods or services. Real estate agents are considered telemarketers under this law. The TSR lays out rules and restrictions that telemarketers must follow when making a sales call.

The law requires that you transmit your phone number to the individual's caller ID if possible and tell them your name and on whose behalf you are calling. You must provide all material information about the goods or services you are selling and cannot provide the consumer with any misleading or false information. You should not call before 8:00 am or after 9:00 pm local time. Don't ask the consumer to use a cash-to-cash money transfer service, like MoneyGram or Western Union, or for their PIN for a cash reload card, or to create a remote check that the consumer never sees again to pay for the goods or services. In addition, if you

do obtain the consumer's billing information over the phone, you must have express authorization over the phone from them to use their billing information to purchase the goods or services.

Compass does not condone any Agent telemarketing program, plan or campaign that is meant to persuade a person to purchase or authorize the purchase of any goods or services over the phone without (i) first meeting with the individual in person, or (ii) if you first speak to the individual over the phone, finalizing the transaction in person. However, if you do carry out a telemarketing campaign or calls on your own or through a third party telemarketing company, Compass requires that you review and follow the Telemarketing Sales Rules, including those aspects mentioned in this Manual.

## Anti-Money Laundering and Anti-Bribery/Anti-Corruption

Compass's Anti-Money Laundering and Anti-Bribery / Anti-Corruption Policies and Procedures holds Compass and its staff and Agents to the highest ethical standards.  Compass has a policy of zero tolerance towards corruption and other illegal or unethical activities and practices.  No business deal or advantage will ever justify illegal or unethical behavior.  Breach of these policies and applicable laws or regulations can result in serious consequences for Compass and the persons involved  --  Compass requires that, as an Agent at Compass, you fully comply. Compass's full Anti-Money Laundering and Anti-Bribery / Anti-Corruption Policies and Procedures are located on Navigation Center.

## Compliance with Post-Affiliation Restrictions

Compass requires that Agents follow all post-affiliation restrictions they may be subject to after they disassociate from their previous firm, including but not limited to non-solicitation covenants, as well as all applicable rules, laws, and regulations governing the transfer of any listing to Compass.

Compass also does not permit the disclosure or use of confidential or proprietary information. Agents must not bring to Compass any information (documents, emails, reports, notes, forms, etc.) that resides or did reside at their previous firm, including a list of contacts created by the Agent from a list provided to the Agent at the previous firm. It is Compass policy not to permit the taking, storing or use of any information from an Agent's previous firm, in any form.

Failure to comply with this policy will result in disciplinary action, including, but not limited to, termination of an Agent's affiliation with Compass.

**NOTE**: The above is not an exhaustive list of applicable laws, rules and regulations and serves merely to highlight some of the applicable regulations nationwide.

## Brokerage Supervisory Requirements

Under each state's law Compass, as the brokerage, has a duty to supervise all of its real estate licenses. Agent agrees to work with, listen to, abide by and comply with their Sales Manager's guidance and instruction, including any Compass policy, protocol, guidance, or instruction.

# EXHIBIT D

COMPASS

WASHINGTON

AGENT

MANUAL

47.623565     -122.338809

compass.com

## 6. BRAND POLICIES

---

We're working to build a strong and recognizable brand, and a significant part of this mission is providing a consistent experience for clients, whenever and wherever they encounter our brand. All signage, printed materials, social media posts, et al. should reflect the Compass brand as presented nationally and without variation of color or font.

## 7. ADVERTISING/ MARKETING MATERIALS

---

Marketing your business is an important component of being successful as an Agent. As a result, we want to provide you with the support and resources necessary for successful marketing while still maintaining brand consistency.

**Advertising Requirements**
All advertising, regardless of the medium, must comply with the following:
- The Real Estate Settlement Procedures Act (RESPA)
- The Truth in Lending Act (TILA)
- The Fair Housing Act
- The Americans with Disabilities Act
- CAN-SPAM
- Telephone Consumer Protection Act (TCPA)
- Washington State Department of Licensing,
- Other applicable federal, state, local laws and DOL/ NWMLS rules and regulations

In addition, Compass requires the following:
- All advertising must clearly and conspicuously identify Compass.
- Compass's name must be no smaller than fifty percent (50%) of the size of the largest item of contact information.
- Advertising may not, in any way, imply that an Agent/ Team is responsible for the operation of a real estate brokerage business.
- Advertising may not, in any way, cause a member of the public to believe that a person not authorized to conduct real estate brokerage activity is personally engaged in real estate brokerage.
- No terms may be advertised other than those authorized by the property owner.
- Each page of all internet, electronic bulletin board or similar displays must comply with advertising requirements.
- All digital and electronic marketing or solicitation (including, but not limited to, email and telephone) is regulated by federal and state laws as well as Washington State Department of Licensing (DOL) and the Northwest Multiple Listing service (NWMLS) and any other applicable MLS.  Agent/ Team must comply fully with all applicable laws and rules.
- An advertisement placed where it is likely to attract the attention of passing motorists or pedestrians must clearly and conspicuously identify "Compass" and the listing agent.

**Sales Meetings**
Sales meetings are held on a bi-weekly basis and attendance is strongly encouraged.

**Errors and Omissions Insurance**
The Agent is responsible for errors and omissions insurance through the Compass policy. The rate is set by Compass and is subject to change with insurance policy.  Agents will be charged $200 E&O fee per transaction. More information is available on Navigation Center.

**Charitable Contributions**
Compass believes in the importance of service to the community as well as charitable giving and encourages its Agents to be active contributors to the community. However, given that our capital base was raised from outside investors, the Company does not make financial contributions to not-for-profits at the corporate level.

**Do Not Call Registry**
Agents are not permitted to call any person listed on the Federal Trade Commission's National Do Not Call Registry and any person with an expired listing (with whom an Agent has not had prior contact) who is on the National Do Not Call Registry. This rule does not apply to previous clients or to people for whom an Agent has written permission to contact. Agents who violate the National Do Not Call rules can be subject to significant fines.

**Office Hours and Access**
The Compass office is open from 9:00am-5pm Monday- Friday.  Each Agent will be issued an access card or key to their office.   All Agents are welcomed to stop in and use any of the Compass offices.

**Furniture and Fixtures**
Any furniture, fixtures or equipment an Agent wishes to place at a Compass office must be expressly approved by management.  Provided such approval is granted, any such items shall remain the property of Agent unless otherwise agreed and Compass shall not be responsible for any loss or damage.

**Agent Experience Support**
An Agent Experience Team Member is your first point of contact should you ever need help, direction or support. AEM will oversee the agent experience at Compass, collaborating across departments to provide best–in–class agent support. AEM will develop a nuanced understanding of your business and operational needs and work closely with Compass leadership to continuously improve our agent resources and offerings.

An AEM will focus on training you, our agents, with our proprietary Compass technology that is designed to save you time, make you more money and enhance your personal and professional brands. Contact an AEM by emailing Support@Compass.com

**IT Support**
An AEM will oversee the majority of IT support at Compass.  General IT Support at Compass is available for all things related to printers, accounts, password recovery, device support, G suite support, wifi, and

# EXHIBIT E

# C⊘MPASS

## TERMS OF ENGAGEMENT

Along with Agent's independent contractor agreement with Broker (as may be amended and/or restated from time to time, collectively, the "ICA"), these Terms of Engagement (the "Terms") govern Agent's performance of real estate brokerage services (the "Services") during Agent's affiliation with Broker. Any capitalized term used but not defined below has the definition set forth in Agent's most recent ICA.

### 1. Agent Obligations.

(a)  *Representations, Covenants, and Warranties.*  Agent represents, covenants, and warrants to Broker and Broker's parent, subsidiary, or otherwise affiliated entities (collectively, "Affiliates") that: (i) Agent has full legal authority to enter into the ICA and perform the Services; (ii) subject to applicable Laws (as defined below), Agent's real estate license(s) will only be associated with Broker's or Affiliates' real estate broker's license; (iii) Agent will maintain Agent's real estate license(s) in good standing at all times; (iv) all business expenses incurred by Agent in connection with the Services will be paid for by Agent, unless specified otherwise in the ICA; (v) there is no threatened, pending, or current dispute, claim, investigation, arbitration, and/or litigation (each, a "Dispute") against Agent as of the Start Date that is outstanding, and no Dispute has occurred within the 3-year period immediately preceding the Start Date; and (vi) Agent agrees to abide by the Compass National Agent Manual (together with any region-specific addendum applicable to the location of Agent's Services, collectively, the "Manual"), which is incorporated into these Terms by reference.

(b)  *Compliance with Laws.*  Agent agrees to comply with all federal, state, and local laws, statutes, rules, and regulations (collectively, "Laws") applicable in the jurisdiction(s) where Agent performs the Services, including, but not limited to, "fair housing" laws, "do not call" laws, state and federal privacy laws, MLS and other listing service rules and regulations, and all laws pertaining to the Services.

(c)  *Licensure; Eligibility.*  Agent represents that Agent is duly licensed to perform the Services by the applicable real estate licensing authority (the "Applicable Authority"). However, if Agent is not duly licensed as of the date Agent signs the ICA, then Agent will not conduct any business that requires a real estate license—including, but not limited to, marketing and advertising, representing buyers, tenants, landlords, or sellers in a real estate transaction, soliciting listings, acting as a referral-only agent, and accepting commission payments—until Agent is authorized to conduct such business by the Applicable Authority. **Agent understands and agrees that the ICA will not become effective until the date on which (i) Agent is authorized by the Applicable Authority, and (ii) Agent associates Agent's real estate license with Broker (the "Association Date"), except that Agent's below obligations regarding confidentiality and third-party restrictive covenants will take effect upon Agent's execution of the ICA.** If the Association Date does not occur within 10 days of the Start Date of the ICA, Broker may unilaterally void the ICA. Agent must be duly licensed and actively affiliated with Broker at the time of payment in order to receive any incentives offered under the ICA. Any non-statutory stock option and/or restricted stock unit award offered under the ICA as a percentage of the Team's gross commissions income is contingent on Agent remaining a member of the Team through the end of the specified commissions calculation period (the "GCI Calculation Period"). If Agent ceases to be a member of such Team before the end of the applicable GCI Calculation Period, Agent will forfeit such non-statutory stock option and/or restricted stock unit award, unless otherwise expressly agreed to by Broker in writing.

(d)  *Third-Party Restrictive Covenants.*  From the date Agent signs the ICA until the date the ICA is terminated, Agent agrees to fully comply with all restrictions applicable to Agent in a third-party contract (for example, with Agent's prior brokerage firm) which may limit Agent's ability to provide services for Broker, including, but not limited to, restrictions regarding the (i) disclosure of confidential information, or (ii) solicitation or recruitment of employees and/or independent contractors. Although Agent may retain Agent's own personal and professional contacts, any data or information not generated by Agent should not be taken from the third party by Agent or shared with Broker, unless expressly permitted by the applicable third party. Prior to executing the ICA, Agent agrees to disclose to Broker the existence of any such third-party restrictive covenants applicable to Agent. Nothing in these Terms constitutes a waiver of Broker's rights or an admission by Broker that such third-party restrictive covenants are legally enforceable.

(e)  *Agent's Conduct; Cause.* **Any violation of this Section 1(e) will constitute "Cause" for Broker's termination of the ICA.** Agent agrees that Agent will NOT:

(i) act, or fail to act, in a way which could be reasonably determined to be a violation of codes of ethics and/or standards of professional responsibility applicable to real estate salespersons and brokers (including, without limitation, MLS, state associations of realtors, NAR, and/or similar governmental and non-governmental bodies, and Broker's policies concerning agent conduct set forth in the Manual);

(ii) commit any act of fraud, embezzlement, theft, or other violation of applicable Laws;

(iii) disclose Broker's Confidential Information (except as expressly permitted below);

(iv) breach Agent's obligations set forth in the ICA and these Terms;

(v) violate Broker's and/or Broker's Affiliates' written policies, including, without limitation, any program-specific guidelines issued in connection with a program offered by Broker or Broker's Affiliates;

(vi) willfully fail, or continue to fail after notice is given, to substantially perform Agent's duties for Broker;

(vii) engage in or commit willful misconduct;

(viii) willfully misappropriate any business opportunity of Broker or its Affiliates;

(ix) fail to disclose the existence of any third-party restrictive covenants applicable to Agent, prior to Agent's execution of the ICA; or

(x) violate Broker's policies concerning an Unaffiliated Business (as set forth below).

(f)  *Promotional and Marketing Materials.*  Agent acknowledges and agrees that Agent's use of any content, including, but not limited to, designs, images, animations, writings, drawings, graphics, videos, logos, code, illustrations, and artworks (whether independently created, provided by Broker, or procured by Agent from another source, collectively, "Content"), in connection Agent's performance of the Services, shall be non-infringing and in compliance with applicable Laws. Use of Content includes, without limitation, uploading Content to the internet, disseminating Content to third parties electronically or otherwise, and printing and distributing Content for promotional purposes.

### 2. Commissions; Invoices.

each party is, to the fullest extent permitted by applicable Law, knowingly, willingly, and intentionally giving up their right to a jury trial in the event of a Dispute between Broker and Agent.

(d)  *Indemnification.*  To the extent that Broker's errors & omissions insurance policy does not cover the Costs (as defined below), Agent shall fully indemnify, defend and hold harmless Broker, Affiliates, and their respective owners, shareholders, officers, directors, managers, employees, and agents (along with Broker and Affiliates, collectively, the "Indemnified Parties") from all claims, damages, costs, expenses, judgments, awards, and liabilities, including reasonable attorneys' fees (collectively, the "Costs"), arising from or related to any act or omission of Agent.

**9. Unaffiliated Businesses.**  An "Unaffiliated Business" is any third-party business not affiliated with Broker or Broker's Affiliates, which Agent was formerly, is currently, or in the future may become involved with in any capacity (e.g., as an owner, manager, director, officer, shareholder, employee, consultant, advisor, etc.), directly or indirectly. Unless otherwise set forth in a written agreement between Broker and the Unaffiliated Business, Broker is not associated with the Unaffiliated Business and will not be subject to any obligations of the Unaffiliated Business. If Agent is associated with an Unaffiliated Business, Agent, in Agent's individual capacity and on behalf of the Unaffiliated Business, shall indemnify and hold harmless the Indemnified Parties from and against all claims, liabilities, damages, losses, expenses, penalties, fines, sanctions and the like, including reasonable attorney's fees and expenses incurred by Broker, which arise out of the Unaffiliated Business or any act or omission of Agent in connection with the Unaffiliated Business. **If Agent is associated with an Unaffiliated Business as of the Start Date, or associates with an Unaffiliated Business at any time during Agent's affiliation with Broker, Agent agrees to: (a) provide written notice to Broker of such Unaffiliated Business; (b) follow all policies set forth by Broker regarding Unaffiliated Businesses, including obtaining approval where applicable and signing a freestanding indemnity agreement; (c) ensure that such Unaffiliated Business is in compliance with applicable Laws at all times; and (d) obtain any general liability insurance or other insurance required by Broker or applicable Laws.**

**10. Agent Workspaces.**  An "Agent Workspace" is any office location (including a home office) used by Agent where Broker or Broker's Affiliate is not the owner, lessee, or sublessee. If Agent elects to perform the Services from an Agent Workspace, Agent shall indemnify and hold harmless the Indemnified Parties from and against all claims, liabilities, damages, losses, expenses, penalties, fines, sanctions and the like, including reasonable attorney's fees and expenses incurred by Broker, which arise out of the Agent Workspace or any act or omission of Agent in connection with the Agent Workspace. Agent will ensure the Agent Workspace is, at all times, in compliance with applicable Laws and Broker's policies regarding Agent Workspaces, including, without limitation, by cooperating with Broker to obtain a branch office license where required. Unless the Agent Workspace is properly licensed or registered and compliant with applicable Laws Agent will not display Compass-branded signs, meet with clients, or otherwise advertise, market, or represent the office space in a manner that would reasonably lead the public to believe that the Agent Workspace is owned and operated by Broker or any of Broker's Affiliates. Nothing in this Section limits or modifies Broker's responsibility to oversee Agent's performance of the Services in an Agent Workspace in compliance with applicable Laws. **If Agent elects to use an Agent Workspace at any time during Agent's affiliation with Broker, Agent agrees to: (a) maintain all market-appropriate insurance policies, and add Broker as an additional insured to all such policies; (b) complete any paperwork which Broker may require, such as a freestanding indemnity agreement; (c) notify Broker in writing of the address, or change of address, of Agent's Workspace; and (d) protect and safeguard Broker's Confidential Information in the Agent Workspace with at least the same degree of care as Agent would use to protect Agent's own confidential information, but in no event with less than a commercially reasonable degree of care.**

**11. Independent Contractor Relationship.**  The ICA creates an independent contractor relationship between Agent and Broker. Agent is not an employee of Broker and will not represent themselves as such to any third party. As an independent contractor, Agent is not entitled to any benefits such as social security, unemployment, medical, or pension payments. Subject to applicable Laws, Broker will not restrict Agent's activities to a particular geographical area, or dictate Agent's day-to-day performance of the Services (e.g., schedule, hours, meetings, time off, etc.). Agent is responsible for filing all income tax returns, paying all required income and withholding taxes, and procuring any required general liability and workers' compensation insurance at Agent's sole cost, unless otherwise required by applicable Laws. As an independent contractor, Agent (a) will be paid a commission on sales, without deduction for taxes, based on sales or other output; (b) will not be entitled to a draw against commissions; and (c) will not receive any remuneration related to the number of hours worked. Subject to the ICA and these Terms, Agent is free to engage in outside employment and is permitted to work from any location, on any days and hours, and in any way Agent elects. Broker may offer Agent opportunities to attend trainings and meetings, such as product trainings, marketing forums, community events, and periodic sales meetings, but Agent's attendance is optional in all cases, unless otherwise required by applicable Laws.

**12. Auto-Renewal of ICA.**  Agent understands that the commercial terms and/or incentives offered in the ICA are only available to Agent during the time periods expressly noted in the ICA. **Following the expiration of the time periods specified in the ICA, (a) the independent contractor relationship between Agent and Broker will automatically renew for successive 12-month periods ("Renewal Periods") without further documentation, and (b) in lieu of the expired commercial terms and/or incentives, Agent will be subject to the then-current, region-specific policies set forth in the Manual during the Renewal Periods (including regarding commission splits and fees).** If the ICA is unclear as to the end date of an incentive, such incentive will expire on the first anniversary of the Start Date of the applicable ICA. If Agent and Broker enter into a subsequent ICA, the ICA dated last in time will govern and supersede all prior agreements, unless otherwise agreed to in writing between the parties. If a previous understanding between the parties results in an equity grant to Agent that is inconsistent with the most current ICA, Agent consents to the cancellation or amendment of such previous equity grant. Absent such an inconsistency, nothing in a subsequent ICA shall void or otherwise affect any executed non-statutory stock option and/or restricted stock unit award agreements entered into between Agent and Broker or Broker's Affiliates.

**13. Modification of the ICA.**  The terms of the ICA may only be modified by a written agreement agreed to by both Agent and Broker. After the initial ICA, notice on incentives may be delivered by Broker.

**14. Termination.**  Either Agent or Broker may terminate the ICA ("Disassociation"), for any reason and at any time, upon written notice to the other party.

**15. Notices.**  A notice will be deemed duly delivered on the earliest of (a) the date sent, if transmitted via email during normal business hours to the receiving party's email address provided in the ICA, and otherwise on the subsequent business day if transmitted after normal business hours; or (b) the date of delivery, or refusal to accept delivery, if sent by a nationally recognized courier to the receiving party's mailing address provided in the ICA. Agent agrees to promptly notify Broker in writing of any changes to Agent's mailing address and personal, non-Compass email address. Broker is entitled to rely upon the last known mailing address and non-Compass email address for Agent in Broker's records, and any notices mailed or electronically transmitted by Broker or Broker's Affiliates to such addresses will be considered effective.

**16. Miscellaneous.**

(a)  *Entire Agreement; Section Headers.*  The most recent ICA, these Terms, and the Manual constitute the entire understanding between the parties, and supersede all prior agreements, in any form, relating to Agent's performance of the Services as an independent contractor of Broker. Section headers used in the ICA and these Terms are included for reference purposes only and will not affect the meaning or interpretation of any provision.

(b)  *No Presumption.*  Agent acknowledges that Agent had the opportunity to review the ICA and these Terms with Agent's independent legal counsel prior to executing the ICA. Accordingly, the ICA and these Terms will be construed as if drafted jointly. In the event of an ambiguity, any presumption or rule of law that would require interpretation against the drafting party is expressly waived.