Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **JESSICA MURCH,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> *v.* <br><br> **Compass Washington, LLC,** <br> **Compass, Inc.,** <br> **Rachel Olson, and** <br> **Ansel Sanger** <br><br> *Defendants.* | Case No. <br><br> 3:25-cv-1039 <br><br> MOTION FOR EXTENSION <br> TCPA (47 U.S.C. § 227) <br> DEMAND FOR JURY TRIAL |

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, Plaintiff conferred with counsel for Defendants, who do not oppose this motion.

## MOTION

Without waiving any defenses Plaintiff may have under the FEDERAL RULES OF CIVIL PROCEDURE or otherwise, pursuant to Rule 6 and LR 16-3, Plaintiff moves the Court for an Order extending the deadline for Plaintiff to file responses to the Compass Defendants' Motion to Dismiss (ECF No. 37), to April 17, 2026. Defendant, in turn, moves for an order to file replies to May 8, 2026.

Motion for Extension                    1

**MEMORANDUM**

Due to the heightened complexity of the Defendant's Motion, and in order to properly represent the interests of his client and consult with his client in order to formulate an opposition, as well as the press of other existing business, undersigned counsel requires additional time to prepare appropriate responses. To that end, Plaintiff requests an extension to respond to the Motion, with the new deadline to be April 17, 2026. Defendant has agreed to this request, so long as it has a corresponding extension to file appropriate replies by May 8, 2026. The extension is not sought for purposes of delay. In seeking the foregoing extension, Plaintiff and Defendants do not waive, and expressly reserve, any and all rights, objections, arguments, and defenses relating to the Motion and otherwise.

RESPECTFULLY SUBMITTED AND DATED this 31st day of March, 2026.

> s/Andrew Roman Perrong
> Andrew Roman Perrong, OSB No. 243320
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date.

Dated: March 31, 2026

> s/Andrew Roman Perrong
> Andrew Roman Perrong, OSB No. 243320
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class