Craig G. Russillo, OSB #973875
Email: crussillo@schwabe.com
Kirsten Rasmussen, OSB #255909
Email: krasmussen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

 Attorneys for Defendant, Rachel Olson

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **JESSICA MURCH, individually and on behalf of all others similarly situated,** | Case No. 3:25-cv-01039-SB |
| Plaintiff, | |
| vs. | **DEFENDANT RACHEL OLSON'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| **COMPASS WASHINGTON, LLC, COMPASS, INC., RACHEL OLSON and ANSEL SANGER,** | |
| Defendants. | |

## LOCAL RULE 7-1 CERTIFICATION

Defendant Rachel Olson's ("Defendant") counsel certifies that he conferred with

Plaintiff's counsel and that Plaintiff's counsel does not oppose this motion.

Page 1 - DEFENDANT RACHEL OLSON'S SECOND
     UNOPPOSED MOTION FOR EXTENSION OF TIME TO
     RESPOND TO FIRST AMENDED COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

## MOTION

Under Fed. R. Civ. P. 6(b)(1)(A), Defendant, by and through the undersigned counsel, moves to extend the deadline for her to file her answer or otherwise respond to Plaintiff's First Amended Class Action Complaint one week, from the current due date of April 13, 2026, to April 20, 2026. This is Defendant's second motion to extend the deadline to file her answer. The extension of time is requested due to undersigned counsel's ongoing litigation schedule in other matters. Plaintiff's counsel does not oppose this request for an extension.

Consistent with LR 16-3, this unopposed motion is made in good faith, and not for purposes of delay. The dates set forth above are appropriate and necessary, will not affect other dates already set for this case, and the stated modifications will not prejudice the parties and are not requested to delay these proceedings.

Dated this 10th day of April, 2026.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.


By:    s/ Craig G. Russillo
       Craig G. Russillo, OSB #973875
       Kirsten Rasmussen, OSB #255909

       Attorneys for Defendant, Rachel Olson

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2026, I served the following

**DEFENDANT RACHEL OLSON'S SECOND UNOPPOSED MOTION FOR**

**EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** on:

Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-222-5529

Attorney for Plaintiff

| | |
|---|---|
| ☐ | Hand Delivery |
| ☐ | Facsimile |
| ☐ | U.S. Mail |
| ☐ | Overnight Courier |
| ☒ | **ECF Notices** |
| ☐ | Other (specify) _____ |

DATED this 10th day of April, 2026.


s/ Craig G. Russillo _____
Craig G. Russillo, OSB #973875

Page 1 -     CERTIFICATE OF SERVICE

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900