Craig G. Russillo, OSB #973875
Email: crussillo@schwabe.com
Kirsten Rasmussen, OSB #255909
Email: krasmussen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant, Rachel Olson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JESSICA MURCH, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**COMPASS WASHINGTON, LLC, COMPASS, INC., RACHEL OLSON and ANSEL SANGER,**<br><br>Defendants. | Case No. 3:25-cv-01039-SB<br><br><br>DEFENDANT RACHEL OLSON'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED CLASS ACTION COMPLAINT |

Defendant Rachel Olson ("Defendant") submits this Answer to Plaintiff Jessica Murch's ("Plaintiff") First Amended Class Action Complaint ("Amended Complaint"), and admits, denies, and alleges as follows:

Page 1 -    DEFENDANT RACHEL OLSON'S ANSWER AND
            AFFIRMATIVE DEFENSES TO FIRST AMENDED
            CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

1.      The allegations in Paragraph 1 contain opinions and legal conclusions to which no response is required, and the cited authorities are incomplete and speak for themselves. To the extent Defendant is required to respond, the allegations are denied.

2.      The allegations in Paragraph 2 contain opinions and legal conclusions to which no response is required, and the cited authorities are incomplete and speak for themselves. To the extent Defendant is required to respond, the allegations are denied.

3.      Paragraph 3 contains legal conclusions to which no response is required. Additionally, Defendant is without sufficient information to know Plaintiff's purpose for filing this action. To the extent Defendant is required to respond, the allegations are denied.

## PARTIES

4.      In response to Paragraph 4, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis the allegations are denied.

5.      In response to Paragraph 5, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis the allegations are denied.

6.      In response to Paragraph 6, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis the allegations are denied.

7.      Defendant admits that she resides in Kirkland, Washington. Paragraph 7 contains legal conclusions to which no response is required, to the extent that a response is required, Defendant denies. Except as expressly admitted, Defendant denies the allegations of Paragraph 7.

8.      In response to Paragraph 8, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

///

Page 2 -   DEFENDANT RACHEL OLSON'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

**JURISDICTION AND VENUE**

9.      In response to Paragraph 9, Defendant does not dispute that federal courts have jurisdiction under 28 U.S.C. § 1331 and 47 U.S.C. § 227 *et seq*. Paragraph 9 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

10.      Paragraph 10 states legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

11.      Paragraph 11 states legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

**BACKGROUND**

**A.      The TCPA Prohibits Calls to Numbers on the National Do Not Call Registry.**

12.      Paragraph 12 states legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

13.      Paragraph 13 states legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

14.      Paragraph 14 states legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

15.      Paragraph 15 states legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

**B.      The TCPA Also Requires Telemarketers to Transmit Caller Identification Information Including the Telemarketer's Name.**

16.      Paragraph 16 states legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

Page 3 -      DEFENDANT RACHEL OLSON'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

17. Paragraph 17 states legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

18. Paragraph 18 states legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

## **FACTUAL ALLEGATIONS**

19. In response to Paragraph 19, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

20. Denied.

21. In response to Paragraph 21, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

22. In response to Paragraph 22, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

23. In response to Paragraph 23, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

24. In response to Paragraph 24, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

25. In response to Paragraph 25, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

26. In response to Paragraph 26, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

27. Paragraph 27 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

///

Page 4 - DEFENDANT RACHEL OLSON'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

28.     Defendant admits that she is a Realtor. Except as expressly admitted, Defendant denies the allegations in Paragraph 28.

29.     Denied.

30.     Denied.

31.     Defendant admits that she is a broker with Compass Washington, LLC. Except as expressly admitted, Defendant denies the allegations in Paragraph 31.

32.     Paragraph 32 contains legal conclusions to which a response is not required. To the extent Defendant is required to respond, the allegations are denied.

33.     In response to Paragraph 33, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

34.     In response to Paragraph 34, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

35.     In response to Paragraph 35, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

36.     In response to Paragraph 36, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

37.     In response to Paragraph 37, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

38.     Denied.

39.     In response to Paragraph 39, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

40.     Denied.

///

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

41.     In response to Paragraph 41, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

42.     Paragraph 42 states legal conclusions to which no response is required. To the extent a response is required, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

43.     Denied.

44.     In response to Paragraph 44, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

45.     In response to Paragraph 45, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

46.     In response to Paragraph 46, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

47.     Paragraph 47 states legal conclusions to which no response is required. To the extent a response is required, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

48.     In response to Paragraph 48, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

49.     In response to Paragraph 49, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

50.     Defendant admits that Paragraph 50 references websites, the contents of which speak for themselves. Except as expressly admitted, Defendant denies the allegations of Paragraph 50.

///

Page 6 -     DEFENDANT RACHEL OLSON'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

51.    Defendant admits that Paragraph 51 references a website, the contents of which speak for themselves. Except as expressly admitted, Defendant denies the allegations of Paragraph 51.

52.    Denied.

53.    Paragraph 53 contains legal conclusions to which no response is required. To the extent a response is required, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

54.    Paragraph 54 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

55.    Paragraph 55 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

56.    Paragraph 56 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

57.    Paragraph 57 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

58.    Paragraph 58 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

59.    Paragraph 59 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

60.    Paragraph 60 contains legal conclusions to which no response is required. To the extent a response is required, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

///

Page 7 -    DEFENDANT RACHEL OLSON'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED
CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

61.     In response to Paragraph 61, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

62.     In response to Paragraph 62, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

63.     In response to Paragraph 63, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

64.     In response to Paragraph 64, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

65.     In response to Paragraph 65, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

66.     Paragraph 66 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

67.     Paragraph 67 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

68.     Paragraph 68 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

69.     Defendant admits that she appears on Compass's website. Except as expressly admitted, Defendant denies the allegations of Paragraph 69.

70.     Paragraph 70 contains legal conclusions to which no response is required. To the extent a response is required, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

71.     In response to Paragraph 71, Defendant is without sufficient information to either admit or deny, and on that basis denies.

Page 8 -    DEFENDANT RACHEL OLSON'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

72.     Paragraph 72 contains legal conclusions to which no response is required. To the extent a response is required, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

73.     In response to Paragraph 73, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

74.     Paragraph 74 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

75.     Paragraph 75 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

76.     Paragraph 76 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

77.     Paragraph 77 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

78.     In response to Paragraph 78, Defendant is without sufficient information to either admit or deny the allegations contained therein, and on that basis denies.

79.     Paragraph 79 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

80.     With respect to the allegations in Paragraph 80, Defendant admits that she was not terminated by Compass. Except as expressly admitted, Defendant denies the allegations in Paragraph 80.

81.     Paragraph 81 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

///

Page 9 -     DEFENDANT RACHEL OLSON'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED
CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

82.    In response to Paragraph 82, Defendant is without sufficient information to either admit or deny, and on that basis denies.

83.    Paragraph 83 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

84.    Paragraph 84 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

85.    Paragraph 85 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

86.    Paragraph 86 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

87.    With respect to the allegations in Paragraph 87 that are directed at Defendant, such allegations are Denied. With respect to the remaining allegations in Paragraph 87, Defendant is without sufficient information to either admit or deny, and on that basis denies.

88.    With respect to the allegations in Paragraph 88 that are directed at Defendant, such allegations are Denied. With respect to the remaining allegations in Paragraph 88, Defendant is without sufficient information to either admit or deny, and on that basis denies.

89.    With respect to the allegations in Paragraph 89 that are directed at Defendant, such allegations are Denied. With respect to the remaining allegations in Paragraph 89, Defendant is without sufficient information to either admit or deny, and on that basis denies.

90.    Paragraph 90 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

///

///

Page 10 -   DEFENDANT RACHEL OLSON'S ANSWER AND
            AFFIRMATIVE DEFENSES TO FIRST AMENDED
            CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

91.    With respect to the allegations in Paragraph 91 that are directed at Defendant, such allegations are Denied. With respect to the remaining allegations in Paragraph 91, Defendant is without sufficient information to either admit or deny, and on that basis denies.

92.    With respect to the allegations in Paragraph 92 that are directed at Defendant, such allegations are Denied. With respect to the remaining allegations in Paragraph 92, Defendant is without sufficient information to either admit or deny, and on that basis denies.

93.    Paragraph 93 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

94.    With respect to the allegations in Paragraph 94 that are directed at Defendant, such allegations are Denied. With respect to the remaining allegations in Paragraph 94, Defendant is without sufficient information to either admit or deny, and on that basis denies.

95.    With respect to the allegations in Paragraph 95 that are directed at Defendant, such allegations are Denied. With respect to the remaining allegations in Paragraph 95, Defendant is without sufficient information to either admit or deny, and on that basis denies.

## CLASS ACTION ALLEGATIONS

96.    Defendant realleges and incorporates by reference each and every response to the allegations in Paragraphs 1-95 as if fully stated herein.

97.    Paragraph 97 contains legal conclusions to which no response is required. Additionally, Defendant is without sufficient information to either admit or deny the allegations in Paragraph 97. Accordingly, such allegations are denied.

98.    Paragraph 98 contains legal conclusions to which no response is required. Additionally, Defendant is without sufficient information to either admit or deny the allegations in Paragraph 98. Accordingly, such allegations are denied.

Page 11 -    DEFENDANT RACHEL OLSON'S ANSWER AND
             AFFIRMATIVE DEFENSES TO FIRST AMENDED
             CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

99.   **Numerosity**: Denied.

100.  **Typicality**: Denied.

101.  **Adequacy**: Denied.

102.  **Commonality and Predominance**: Denied.

    a.  Denied.

    b.  Denied.

    c.  Denied.

    d.  Denied.

103.  **Superiority**: Denied.

104.  Denied.

    a.  Denied.

    b.  Denied.

    c.  Denied.

    d.  Denied.

## COUNT I
### Violation of the TCPA, 47 U.S.C. § 227
### (On Behalf of Plaintiff and the National DNC Class)

105.  Defendant realleges and incorporates by reference each and every response to the allegations in Paragraphs 1-104 as if fully stated herein.

106.  Paragraph 106 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

107.  Paragraph 107 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

108.  Denied.

Page 12 -   DEFENDANT RACHEL OLSON'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED
CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

109.    Denied.

110.    Denied.

## COUNT II
### Violation of the TCPA, 47 U.S.C. § 227
### (On Behalf of Plaintiff and the Internal DNC Class)

111.    Defendant realleges and incorporates by reference each and every response to the allegations in Paragraphs 1-110 as if fully stated herein.

112.    Paragraph 112 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

113.    Denied.

114.    Denied.

## COUNT III
### Violation of the TCPA, 47 U.S.C. § 227
### (On Behalf of Plaintiff and the Telemarketing Caller ID Class)

115.    Defendant realleges and incorporates by reference each and every response to the allegations in Paragraphs 1-114.

116.    Paragraph 116 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

117.    Paragraph 117 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

118.    Paragraph 118 contains legal conclusions to which no response is required. To the extent Defendant is required to respond, the allegations are denied.

119.    Denied.

120.    Denied.

121.    Denied.

Page 13 -   DEFENDANT RACHEL OLSON'S ANSWER AND
            AFFIRMATIVE DEFENSES TO FIRST AMENDED
            CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

## AFFIRMATIVE DEFENSES

Without assuming Plaintiff's burden of proof on any issue, Defendant asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

122.    Plaintiff fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

### (Fraud)

123.    Plaintiff's claims are barred in whole or in part by Plaintiff's fraudulent actions.

### THIRD AFFIRMATIVE DEFENSE

### (Laches)

124.    Plaintiff's claims are barred in whole or in part by the doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

125.    Plaintiff's claims are barred in whole or in part by the doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

126.    Plaintiff's claims are barred in whole or in part by the doctrine of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

### (Acquiesencence)

127.    Plaintiff's claims are barred in whole or in part by the doctrine acquiescence.

///

///

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

## SEVENTH AFFIRMATIVE DEFENSE

## (Unclean Hands)

128.    Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

## (Residential Number)

129.    Plaintiff's or the putative class members' claims are barred to the extent that their phone numbers are not residential.

## NINTH AFFIRMATIVE DEFENSE

## (No Standing)

130.    Plaintiff lacks standing to bring some or all of the claims in the Complaint.

## TENTH AFFIRMATIVE DEFENSE

## (Adequate Remedy at Law)

131.    The Amended Complaint fails to state a claim for injunctive relief because Plaintiff has an adequate remedy at law.

## ELEVENTH AFFIRMATIVE DEFENSE

## (Failure to Mitigate Damages)

132.    Plaintiff's claims are barred in whole or in part as a result of her failure to mitigate her alleged damages, if any.

## TWELFTH AFFIRMATIVE DEFENSE

## (No Telephone Solicitation)

133.    Plaintiff's claims are barred in whole or in part because Defendant did not initiate a telephone call or message for the purpose of solicitation.

///

Page 15 -    DEFENDANT RACHEL OLSON'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED
CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

## THIRTEENTH AFFIRMATIVE DEFENSE

### (No Knowing or Willful Misconduct)

134.    Plaintiff's and the putative class members' claims for treble damages or penalties are barred because Defendant did not engage in knowing or willful misconduct.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Consent)

135.    Defendant is informed and believes, and on that basis alleges Plaintiff is barred, in whole or in part, from maintaining her alleged causes of action because she consented to receive the alleged calls or text messages.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (One Call)

136.    Plaintiff's claims are barred in whole or in part to the extent Plaintiff or the putative class members did not receive more than one telephone call within any 12-month period.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (No Do-Not-Call Registry)

137.    Plaintiff's and the putative class members' claims are barred in whole or in part to the extent that they did not register their phone numbers on the National Do-Not-Call Registry.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Substantial Compliance with Laws)

138.    Defendant is not liable to Plaintiff or the putative class members because she substantially complied with all applicable statutes.

///

Page 16 -    DEFENDANT RACHEL OLSON'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED
CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Good Faith)

139.    Plaintiff's claims are barred because Defendant possessed a good faith belief that she had consent to call the number(s) at issue.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Class Action Deficiencies)

140.    Plaintiff cannot satisfy the prerequisites set forth in Federal Rule of Civil Procedure 23 to maintain this action as a class action.

## TWENTIEH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

141.    Defendant has insufficient information or knowledge upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available, and based thereon, Defendant reserves the right to assert any such affirmative defenses in the event that discovery indicate that they are proper.

WHEREFORE, Defendant requests the Court to (a) dismiss the Complaint in its entirety, (b) award Defendant costs and reasonable attorney's fees, and (c) award such additional relief as the Court deems just and proper.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:    s/ Craig G. Russillo
Craig G. Russillo, OSB #973875
Kirsten Rasmussen, OSB #255909

Attorneys for Defendant, Rachel Olson

Page 17 -    DEFENDANT RACHEL OLSON'S ANSWER AND
AFFIRMATIVE DEFENSES TO FIRST AMENDED
CLASS ACTION COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of April, 2026, I served the following

**DEFENDANT RACHEL OLSON'S ANSWER AND AFFIRMATIVE DEFENSES TO**

**FIRST AMENDED CLASS ACTION COMPLAINT** on:

Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-222-5529

Attorney for Plaintiff

☐ Hand Delivery
☐ Facsimile
☐ U.S. Mail
☐ Overnight Courier
☒ **ECF Notices**
☐ Other (specify) _____

DATED this 20th day of April, 2026.

s/ Craig G. Russillo
_____
Craig G. Russillo, OSB #973875

Page 1 -    CERTIFICATE OF SERVICE

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

145614\296490\50551394.v1