UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JESSICA MURCH,

                          Plaintiff(s),

  v.

Compass Washington, LLC, et al.

                          Defendant(s).

Case No.: 3:25-cv-01039-SB

MOTION FOR LEAVE TO APPEAR
*PRO HAC VICE*

Attorney Patrick J. Fitzgerald requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

Defendant Ansel Sanger

In support of this application, I certify that:  1) I am an active member in good standing with the Georgia State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1)    PERSONAL DATA:**

Name: Fitzgerald          Patrick          J.
          *(Last Name)*          *(First Name)*          *(MI)*          *(Suffix)*

Agency/firm affiliation: Watstein Terepka LLP

Mailing address: 75 14th Street NE, Suite 2600

City: Atlanta          State: GA          Zip: 30309

Phone number: (404) 400-3382          Fax number:

Business e-mail address: pftizgerald@wtlaw.com

**(2)    BAR ADMISSION INFORMATION**:

    **(a)**    State bar admission(s), date(s) of admission, and bar number(s):
        See Attachment A.

    **(b)**    Other federal court admission(s) and date(s) of admission:
        See Attachment A.

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS**:

☑ I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

☐ I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions.  (Attach letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 05/14/2026

(*Signature*)

---

**U.S. District Court – Oregon**          **Motion for Leave to Appear *Pro Hac Vice***
[Rev. 11/2019]          Page 2 of 3

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue.  Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: Fransen _____ Timothy _____ J. _____
           *(Last Name)*       *(First Name)*      *(MI)*     *(Suffix)*

OSB number: 073938 _____

Agency/firm affiliation: Cosgrave Vergeer Kester _____

Mailing address: 900 SW 5th Ave 24th floor _____

City: Portland _____ State: OR _____ Zip: _____ 97204

Phone number: (503) 219-3807 _____ Fax number: (503) 323-9019 _____

Business e-mail address: tfransen@cosgravelaw.com _____

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 3:25-cv-01039-SB _____ .

DATED: 05/14/2026 _____ .

          /s/ Timothy J. Fransen _____

          (*Signature of Local Counsel*)

**ATTACHMENT A**

Patrick J. Fitzgerald — Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| Florida (Bar No. 1022508) | 04/22/2020 | Yes |
| Georgia (Bar No. 405638) | 05/29/2019 | Yes |
| Washington (Bar No. 62484) | 08/30/2024 | Yes |

Florida State Bar
651 East Jefferson Street
Tallahassee, Florida 32399-2300
Telephone:  (850) 561-5600

State Bar of Georgia
104 Marietta St NW, Suite 100
Atlanta, Georgia 30303
Telephone:  (404) 527-8700

Washington State Bar Association
1325 Fourth Ave., Suite 600
Seattle, WA 98101-2539
Telephone:  (206) 443-9722

Patrick J. Fitzgerald — Bar Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| U.S.D.C., Middle District of Florida | 06/05/2020 | Yes |
| U.S.D.C., Northern District of Florida | 06/19/2020 | Yes |
| U.S.D.C., Southern District of Florida | 05/28/2020 | Yes |
| U.S.D.C., Middle District of Georgia | 04/19/2021 | Yes |
| U.S.D.C., Northern District of Georgia | 11/12/2019 | Yes |
| U.S.D.C., Eastern District of Michigan | 09/11/2025 | Yes |
|  |  |  |
| Florida Supreme Court | 04/22/2020 | Yes |
| Florida State and Superior Courts | 04/22/2020 | Yes |
| Georgia State and Superior Courts | 05/29/2019 | Yes |