Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **JESSICA MURCH,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **Compass Washington, LLC, Compass, Inc., Rachel Olson, and Ansel Sanger** <br><br> *Defendants.* | Case No. <br><br> 3:25-cv-1039 <br><br> NOTICE OF SETTLEMENT <br> TCPA (47 U.S.C. § 227) <br> DEMAND FOR JURY TRIAL |

## NOTICE OF SETTLEMENT

Plaintiff Jessica Murch, by and through counsel, respectfully notifies the Court pursuant to Fed. R. Civ. P. 41 and LR 41-1 that the Parties have reached a settlement in principle. The Parties are currently finalizing the written settlement agreement and anticipate filing dismissal papers within 30 days. Plaintiff respectfully requests that all pending deadlines and hearings be vacated.

Dated: June 22, 2026

Respectfully submitted,

PERRONG LAW LLC

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: (215) 225-5529

*Attorney for Plaintiff and the Proposed Class*

Page 1 – NOTICE OF SETTLEMENT