Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| **JESSICA MURCH,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**COMPASS WASHINGTON, LLC,<br>COMPASS, INC.,<br>RACHEL OLSON**, and<br>**ANSEL SANGER**,<br><br>*Defendants.* | Case No. 3:25-cv-1039<br><br>STIPULATION OF DISMISSAL<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

**STIPULATION OF DISMISSAL**

Plaintiff Jessica Murch, and Defendants Compass Washington, LLC, Compass, Inc.,

Rachel Olson, and Ansel Sanger, by and through counsel, hereby stipulate to dismiss the

Plaintiff's individual claims with prejudice, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), with each party to bear its own costs and attorneys' fees.

Dated: July 20, 2026                    Respectfully submitted,

                                         PERRONG LAW LLC

                                         s/Andrew Roman Perrong
                                         Andrew Roman Perrong, OSB No. 243320
                                         a@perronglaw.com
                                         2657 Mount Carmel Avenue
                                         Glenside, Pennsylvania 19038
                                         Phone: (215) 225-5529

Page 1 – STIPULATION OF DISMISSAL

*Attorney for Plaintiff and the Proposed Class*

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP


By: ___*/s/ Jay T. Ramsey*_____
     JAY T. RAMSEY, *admitted pro hac vice*
     jramsey@sheppardmullin.com
     1901 Avenue of the Stars
     Suite 1600
     Los Angeles, California 90067
     Telephone:        310.228.3700
     Facsimile:        310.228.3701

     DANE C. BRODY CHANOVE, *pro hac
     vice forthcoming*
     dbrodychanove@sheppard.com
     12275 El Camino Real, Suite 100
     San Diego, California 92130-4092
     Telephone:        (858) 720-8900
     Facsimile:(858) 509-3691

     *Attorneys for Defendants*
     COMPASS WASHINGTON, LLC;
     COMPASS, INC.

SCHWABE, WILLIAMSON & WYATT,
P.C.


By: s/ Craig G. Russillo_____
     Craig G. Russillo, OSB #973875
     1211 SW Fifth Avenue, Site 1800
     Portland, OR 97204
     Email: crussillo@schwabe.com
     Telephone: 503.796292
     *Attorneys for Defendant, Rachel Olson*

WATSTEIN TEREPKA LLP

By: */s/ Patrick J. Fitzgerald*_____
Patrick J. Fitzgerald, *admitted pro hac vice*
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Ste. 2600
Atlanta, GA 30309
Telephone: (404) 783-0695

Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP

Page 2 – STIPULATION OF DISMISSAL

900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

*Attorneys for Defendant Ansel Sanger*

Page 3 – STIPULATION OF DISMISSAL